*E-FILED 9/25/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORNELIUS LOPES, | No. C 08-04433 RS |
| Plaintiffs, | ORDER TRANSFERING ACTION |
| v. | |
| CITY OF LIVERMORE, CALIFORNIA, et al., | |
| Defendants. | |

Pursuant to Local Civil Rule 3-2(c), a civil action "arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated." Rule 3-2(d) provides that civil actions arising in the counties of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Napa, San Francisco, San Mateo or Sonoma are to be assigned to the San Francisco or Oakland division of this court. Further, when a judge of this court finds that a civil action has not been "assigned to the proper division within this district in accordance with this rule," the judge may transfer the action to the appropriate venue. Civ. Rule 3(f).

This action arises in Alameda County and so should be reassigned to the San Francisco or Oakland division. This action is therefore TRANSFERRED for reassignment in accordance with

///

ORDER TRANSFERRING CASE

1  Civil Rule 3(d).
2      IT IS SO ORDERED.
3  DATED:    September 24, 2008

RICHARD SEEBORG
United States Magistrate Judge

1 **THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS MAILED TO:**

2 Cornelius Lopes
6251 Quartz Place
3 Newark, CA 94560

4

5 Dated: September 25, 2008

                                                        /s/ BAK
                                Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

ORDER TRANSFERRING CASE