IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CORNELIUS LOPES,

    Plaintiff,

  v.

CITY OF LIVERMORE, et al.,

    Defendants.

No. C-08-4433 MMC

**ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME**

Before the Court is plaintiff's "Motion to Enlarge Time," filed October 30, 2008, by which motion plaintiff seeks an extension of time in which to file his First Amended Complaint.

The Court having read and considered the papers filed in support of the motion, and good cause appearing, the motion is hereby GRANTED. Plaintiff shall file his First Amended Complaint, if any, no later than November 21, 2008.

**IT IS SO ORDERED.**

Dated: November 3, 2008

                                  MAXINE M. CHESNEY
                                  United States District Judge