IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CORNELIUS LOPES,

        Plaintiff,

  v.

CITY OF LIVERMORE,

        Defendant.
                                  /

No. CV-08-4433 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** plaintiff's first amended complaint is hereby DISMISSED without further leave to amend.

Dated: December 2, 2008                                      Richard W. Wieking, Clerk

                                                                                   By: Tracy Lucero
                                                                                   Deputy Clerk